UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff

vs.

Harry Lee Redds, Jr.
Defendant(s)

CRIMINAL NO. 08mj1195-BLM

ORDER

RELEASING MATERIAL WITNESS

Booking No.

LOUISA S. PORTER

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Maria Claudia Esteves-Carranza

DATED: 5/9/2008

RECEIVED U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA 2008 MAY -9 P 2:54

LOUISA S. PORTER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________
DUSM

OR

W. SAMUEL HAMRICK, ~~JR.~~ Clerk

by [signature]
Deputy Clerk



☆ U.S. GPO: 2003-581-774/70082